I respectfully dissent. Ala. Code 1975, § 12-15-30(c)(2) vests the juvenile court with jurisdiction over this case. That court heard evidence, ore tenus, and its determination is presumed correct unless plainly and palpably wrong. J.L.B. v. StateDepartment of Human Resources, 608 So.2d 1367
(Ala.Civ.App. 1992); Matter of Young, 456 So.2d 823 (Ala.Civ.App. 1984). The juvenile court found that an eight-week expulsion of a model student was not an appropriate penalty for an unintentional violation of a school board rule. After a careful review of the record in this case, I believe that the juvenile court's determination is supported by the evidence. I would therefore affirm. *Page 134